| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>KELLEY, MARY P. | 2. Court or Organization<br><br>US DISTRICT COURT, DISTRICT OF MASSACHUSETTS | 3. Date of Report<br><br>04/28/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE, FULL-TIME | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| UJ.S. DISTRICT COURT<br>1 COURTHOUSE WAY, SUITE 7420<br>,BOSTON, MA 02210 |

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | _____ | _____ |
| 2. | _____ | _____ |
| 3. | _____ | _____ |
| 4. | _____ | _____ |
| 5. | _____ | _____ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | MASSACHUSETTS PENSION AND DEFERRED COMPENSATION PLAN BENEFITS PAYABLE UPON SEPARATION FROM SERVICE, REQUIRED MINIMUM DISTRIBUTIONS BEGIN AT 70 1/2 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KELLEY, MARY P.** | 04/28/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | WM. B. EERDMANS PUBLISHING CO - ROYALTY FROM ▇▇▇ BOOK | $590.11 |
| 2. 2019 | COMMONWEALTH OF MASS - STATE BOARD OF RETIREMENT | $4,436.88 |
| 3. 2019 | HARPER CHRISTIAN PUB - ROYALTY FROM ▇▇▇ BOOK | $245.72 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | RANKIN AND SULTAN LAW OFFICE |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KELLEY, MARY P.** | 04/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEY, MARY P. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIZENS BANK | | None | J | T | | | | | |
| 2. CITIZENS BANK | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. -BUFFALO MID CAP FUND | A | Dividend | | | Sold | 02/20/19 | J | A | |
| 6. -BUFFALO FLEXIBLE INCOME FUND | B | Dividend | | | Sold | 02/20/19 | K | D | |
| 7. -OAKMARK FUND | B | Dividend | | | Sold | 02/20/19 | K | D | |
| 8. TRADITIONAL IRA (H): | | | | | | | | | |
| 9. -FIDELITY INV - FDIC INSURED DEPOSIT AT MORGAN STNLY IRA | A | Interest | J | T | Open | 02/27/19 | J | | |
| 10. -SPDR S&P 500 | B | Dividend | L | T | Buy | 02/27/19 | L | | |
| 11. | | | | | | | | | |
| 12. MASSACHUSETTS DEFERRED COMPENSATION PLAN (H): | | | | | | | | | |
| 13. -SMART PLAN LARGE COMPANY GROWTH STOCK FUND | | None | | | Sold | 02/07/19 | M | F | |
| 14. -SMART PLAN DIVERSIFIED BOND FUND | | None | | | Sold | 02/07/19 | K | C | |
| 15. -SMART PLAN INTERNATIONAL EQUITY FUND | | None | | | Sold | 02/07/19 | K | D | |
| 16. -SMART PLAN SMALL COMPANY STOCK FUND | | None | | | Sold | 02/07/19 | K | D | |
| 17. -SMART PLAN TREAS INFLATION PROTECTION TIPS IDX FUND | | None | | | Sold | 02/07/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEY, MARY P. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   ROLLOVER IRA (H): | | | | | | | | | |
| 19.   -FIDELITY INV- FDIC INSURED DEPOSIT AT MORGAN STNLY IRA | A | Interest | J | T | Open | 02/21/19 | J | | |
| 20.   -SPDR S&P 500 | A | Dividend | K | T | Buy | 02/21/19 | J | | |
| 21.   -VANGUARD INTL EQUITY INDEX | A | Dividend | K | T | Buy | 02/21/19 | J | | |
| 22.   -VANGUARD VALUE | C | Dividend | M | T | Buy | 02/21/19 | M | | |
| 23.   -VANGUARD SMALL CAP | A | Dividend | K | T | Buy | 02/21/19 | K | | |
| 24. | | | | | | | | | |
| 25.   IRA #2 (H) SEP | | | | | | | | | |
| 26.   -FIDELITY GOVERNMENT CASH RESERVES | A | Interest | J | T | Distributed | 01/04/19 | K | | |
| 27.   -VANGUARD 500 INDEX FD | A | Dividend | L | T | | | | | |
| 28.   -FIDELITY BALANCED | A | Dividend | J | T | Buy | 02/11/19 | J | | |
| 29.   -ISHARES CORE | D | Dividend | M | T | Buy | 02/04/19 | J | | |
| 30. | | | | | Buy (add'l) | 03/04/19 | M | | |
| 31. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 32.   -VANGUARD BOND INDEX INTERMEDIATE | B | Dividend | K | T | Buy | 03/04/19 | K | | |
| 33.   -VANGUARD BOND INDEX SHORT TERM | A | Dividend | K | T | Buy | 03/04/19 | K | | |
| 34.   -VANGUARD INTERNATIONAL | C | Dividend | M | T | Buy | 03/04/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEY, MARY P. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -VANGUARD INDEX FDR VALUE | A | Dividend | J | T | Buy | 03/04/19 | J | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38.   IRA #3 (H) | | | | | | | | | |
| 39.   -SCHWAB BANK | A | Interest | | | Closed | 02/08/19 | L | | |
| 40.   -VANGUARD REAL ESTATE ETF | B | Dividend | | | Sold | 02/08/19 | K | D | |
| 41.   -T ROWE PRICE GLOBAL MULTI SECTOR BOND FUND | B | Dividend | | | Sold | 02/08/19 | K | A | |
| 42.   -VANGUARD INTERMEDIATE-TERM BOND INDEX FUND (X) | B | Dividend | | | Sold | 02/08/19 | K | A | |
| 43.   -SCHWAB INTERNATIONAL INDEX FUND | B | Dividend | | | Sold | 02/08/19 | L | A | |
| 44.   -SCHWAB SALL CAP INDEX FUND | B | Dividend | | | Sold | 02/08/19 | L | A | |
| 45. | | | | | | | | | |
| 46.   IRA (H) NEW | | | | | | | | | |
| 47.   - FIDELITY GOVERMENT CASH RESERVES | A | Interest | J | T | Buy | 02/08/19 | J | | |
| 48.   -FIDELITY BALANCED | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 49.   -SPDR S&P 500 | B | Dividend | K | T | Buy | 02/08/19 | K | | |
| 50. | | | | | | | | | |
| 51.   FIDELITY ASSET MANAGER | A | Dividend | J | T | Buy | 02/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KELLEY, MARY P.** | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53.    RANKIN & SULTAN GENERAL PARNTERSHIP | G | Distribution | K | U | | | | | |
| 54. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KELLEY, MARY P.** | 04/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ MARY P. KELLEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544